United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 23-00511-MJC
Robert Korda  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Mar 15, 2023      Form ID: asextnd      Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Korda, PO Box 38, 1300 Corby Road, Luzerne, PA 18709-0038 |
| 5526964 | + | Back Mt. Regional Fire & EMS, 184 E Center Hill Road, Dallas, PA 18612-1154 |
| 5526968 | + | DIRECTV, 2260 E Imperial Hwy, El Segundo, CA 90245-3501 |
| 5526971 | + | Eastern Revenue, Inc., 601 Bresher Road, Horsham, PA 19044-2202 |
| 5526974 | + | Plains Township Ambulance Assoc., 90 Maffett Street, Plains, PA 18705-1933 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5526966 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 15 2023 18:44:00 | CItizens One Auto Finance, 480 Jefferson Blvd., Warwick, RI 02886 |
| 5526965 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 15 2023 18:44:00 | Citizens Bank NA, One Citizens Bank Way, Mailstop JCA115, Johnston, RI 02919 |
| 5526967 | + | Email/Text: dylan.succa@commercialacceptance.net | Mar 15 2023 18:44:00 | Commercial Acceptance, 2300 Gettysburg Road, Camp Hill, PA 17011-7303 |
| 5526969 | | Email/Text: mrdiscen@discover.com | Mar 15 2023 18:44:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 5526970 | | Email/Text: mrdiscen@discover.com | Mar 15 2023 18:44:00 | Discover Bank/Products, Inc., PO Box 3025, New Albany, OH 43054-3025 |
| 5526972 | + | Email/Text: FSBank@franklinservice.com | Mar 15 2023 18:44:00 | Franklin Collection Services, 2978 W Jackson Street, Tupelo, MS 38801-6731 |
| 5526973 | ^ | MEBN | Mar 15 2023 18:38:51 | KML Law Group, P.C., BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5526975 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 15 2023 18:46:04 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| 5526976 | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 15 2023 18:44:00 | The Bank of New York Mellon, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 5526977 | | Email/PDF: ebn_ais@aisinfo.com | Mar 15 2023 18:46:04 | Verizon, by American Infosource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| J. Zac Christman | on behalf of Debtor 1 Robert Korda zac@fisherchristman.com office@fisherchristman.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Robert Korda,  
**Debtor 1**

Chapter 13

Case No. 5:23−bk−00511−MJC

## Notice

Notice is hereby given that:

The debtor(s) filed a Chapter 13 Bankruptcy Petition on March 10, 2023.

The debtor(s) filed a Motion to Extend the Automatic Stay in this case. A hearing on this matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701** | Date: 4/6/23  Time: 09:30 AM |

Any objection/response to the Motion must be filed and served on the debtor(s) on or before **April 4, 2023**.

If an objection/response is not filed by the objecting deadline and the debtor(s) (has/have) filed an Affidavit setting forth sufficient facts to support the motion and satisfy §362(c)(3) or (c)(4), the Court may grant the motion without conducting a hearing.

If no Affidavit is filed prior to the objecting deadline, or if the Affidavit filed is insufficient to satisfy the terms of 11 U.S.C. §362(c)(3) or (c)(4), or if any objections are filed within the prescribed objecting deadline, a hearing on this matter will be held.

**Consideration of a request to extend/impose the automatic stay must be accomplished within thirty (30) days of the bankruptcy petition filing date. It is the debtor(s)'s responsibility to request expedited consideration of a motion to extend when required.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**  Max Rosenn U.S. Courthouse  197 South Main Street  Wilkes−Barre, PA 18701  (570) 831−2500 | **For the Court:**  Terrence S. Miller  Clerk of the Bankruptcy Court:  By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 15, 2023 |

asextnd **(Notice of Hearing to Extend/Impose Stay) (05/18)**