United States Bankruptcy Court

Middle District of Pennsylvania

In re:                           Case No. 23-00511-MJC
Robert Korda             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5            User: AutoDocke            Page 1 of 2
Date Rcvd: Apr 06, 2023            Form ID: pdf010            Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Korda, PO Box 38, 1300 Corby Road, Luzerne, PA 18709-0038 |
| 5526964 | + | Back Mt. Regional Fire & EMS, 184 E Center Hill Road, Dallas, PA 18612-1154 |
| 5526968 | + | DIRECTV, 2260 E Imperial Hwy, El Segundo, CA 90245-3501 |
| 5526971 | + | Eastern Revenue, Inc., 601 Bresher Road, Horsham, PA 19044-2202 |
| 5526974 | + | Plains Township Ambulance Assoc., 90 Maffett Street, Plains, PA 18705-1933 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5526966 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 06 2023 18:39:00 | CItizens One Auto Finance, 480 Jefferson Blvd., Warwick, RI 02886 |
| 5526965 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 06 2023 18:39:00 | Citizens Bank NA, One Citizens Bank Way, Mailstop JCA115, Johnston, RI 02919 |
| 5526967 | + | Email/Text: dylan.succa@commercialacceptance.net | Apr 06 2023 18:39:00 | Commercial Acceptance, 2300 Gettysburg Road, Camp Hill, PA 17011-7303 |
| 5526969 | | Email/Text: mrdiscen@discover.com | Apr 06 2023 18:39:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 5529339 | | Email/Text: mrdiscen@discover.com | Apr 06 2023 18:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5526970 | | Email/Text: mrdiscen@discover.com | Apr 06 2023 18:39:00 | Discover Bank/Products, Inc., PO Box 3025, New Albany, OH 43054-3025 |
| 5526972 | + | Email/Text: FSBank@franklinservice.com | Apr 06 2023 18:39:00 | Franklin Collection Services, 2978 W Jackson Street, Tupelo, MS 38801-6731 |
| 5526973 | ^ | MEBN | Apr 06 2023 18:37:46 | KML Law Group, P.C., BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5526975 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 06 2023 18:45:07 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| 5526976 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 06 2023 18:39:00 | The Bank of New York Mellon, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 5526977 | | Email/PDF: ebn_ais@aisinfo.com | Apr 06 2023 18:45:06 | Verizon, by American Infosource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a

**preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2023  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| J. Zac Christman | on behalf of Debtor 1 Robert Korda zac@fisherchristman.com office@fisherchristman.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-7 mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **ROBERT KORDA,** | : | **Chapter 13** |
| Debtor(s), | : | Case No. **5:23-bk-00511-MJC** |

| | | |
|---|---|---|
| **ROBERT KORDA,** | : | |
| Movant(s), | : | Motion to |
| vs. | : | Extend Stay |
| **THE BANK OF NEW YORK MELLON,** as | : | |
| Trustee for Registered Holders of CWABS, | : | |
| Inc., Asset-Backed Certificates, Series | : | |
| 2005-7, **CARRINGTON MORTGAGE** | : | |
| **SERVICES, LLC, CITIZENS BANK, N.A,** and | : | |
| all parties listed on the mailing matrix filed | : | |
| with the Clerk, | : | |
| Respondent(s). | : | |

### ORDER GRANTING MOTION TO EXTEND AUTOMATIC STAY

Upon consideration of the above-captioned Motion to Extend Automatic Stay, Dkt. # 13 ("Motion"), and after a hearing held on April 6, 2023, it is hereby

**ORDERED** that the Motion to Extend Automatic Stay be and is hereby **GRANTED**; and it is further

**ORDERED** that the automatic stay in the above-captioned case is hereby **EXTENDED** as to all creditors, until such time as the instant case is dismissed, discharged, or this Court enters an Order modifying the stay.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: April 6, 2023