United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                         Case No. 23-00511-MJC

Robert Korda                                               Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                              User: AutoDocke                                    Page 1 of 2

Date Rcvd: Apr 11, 2023                      Form ID: ntcnfhrg                               Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^             Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Korda, PO Box 38, 1300 Corby Road, Luzerne, PA 18709-0038 |
| 5526964 | + | Back Mt. Regional Fire & EMS, 184 E Center Hill Road, Dallas, PA 18612-1154 |
| 5526968 | + | DIRECTV, 2260 E Imperial Hwy, El Segundo, CA 90245-3501 |
| 5526971 | + | Eastern Revenue, Inc., 601 Bresher Road, Horsham, PA 19044-2202 |
| 5526974 | + | Plains Township Ambulance Assoc., 90 Maffett Street, Plains, PA 18705-1933 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5526966 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 11 2023 18:39:00 | CItizens One Auto Finance, 480 Jefferson Blvd., Warwick, RI 02886 |
| 5526965 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 11 2023 18:39:00 | Citizens Bank NA, One Citizens Bank Way, Mailstop JCA115, Johnston, RI 02919 |
| 5526967 | + | Email/Text: dylan.succa@commercialacceptance.net | Apr 11 2023 18:39:00 | Commercial Acceptance, 2300 Gettysburg Road, Camp Hill, PA 17011-7303 |
| 5526969 | | Email/Text: mrdiscen@discover.com | Apr 11 2023 18:39:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 5529339 | | Email/Text: mrdiscen@discover.com | Apr 11 2023 18:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5526970 | | Email/Text: mrdiscen@discover.com | Apr 11 2023 18:39:00 | Discover Bank/Products, Inc., PO Box 3025, New Albany, OH 43054-3025 |
| 5526972 | + | Email/Text: FSBank@franklinservice.com | Apr 11 2023 18:39:00 | Franklin Collection Services, 2978 W Jackson Street, Tupelo, MS 38801-6731 |
| 5526973 | ^ | MEBN | Apr 11 2023 18:36:05 | KML Law Group, P.C., BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5526975 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 11 2023 18:44:42 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| 5526976 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 11 2023 18:39:00 | The Bank of New York Mellon, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 5526977 | | Email/PDF: ebn_ais@aisinfo.com | Apr 11 2023 18:44:33 | Verizon, by American Infosource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a**

**preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2023　　　　　　　　　Signature:　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| J. Zac Christman | on behalf of Debtor 1 Robert Korda zac@fisherchristman.com office@fisherchristman.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-7 mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Robert Korda,

**Debtor 1**

Chapter 13

Case No. 5:23−bk−00511−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**May 11, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: May 18, 2023<br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 11, 2023 |

ntcnfhrg (08/21)