United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                          Case No. 23-00511-MJC

Robert Korda                                                                            Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Oct 17, 2023 | Form ID: pdf010 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2023:**

**Recip ID**        **Recipient Name and Address**
               Paula Korda, 1300 Corby Road, Luzerne, PA 18709

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2023               Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-7 bnicholas@kmllawgroup.com |
| J. Zac Christman | on behalf of Debtor 1 Robert Korda zac@jzacchristman.com office@fisherchristman.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-7 mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert Korda<br><br>                  Debtor(s)<br><br>The Bank of New York Mellon, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-7<br><br>                  Moving Party<br>        v.<br>Robert Korda<br><br>                  Debtor(s)<br><br>Jack N. Zaharopoulos<br><br>                  Trustee | CHAPTER 13<br>BK NO: 23-00511 MJC<br><br>11 U.S.C. 362; 1301 |

## ORDER GRANTING EXTENSION

Upon consideration of Movant's Motion for Extension of Time to File Stipulation, with concurrence, Dkt. # 46 ("Motion"), it is hereby

**ORDERED** that the Motion is **GRANTED** and the deadline to file the Stipulation resolving the Motion for Relief from the Automatic Stay and Co-Debtor Stay is hereby extended to November 13, 2023; and it is further

**ORDERED** that the if the Stipulation or a request to relist the matter for hearing is not filed by the deadline herein, the Motion may be denied without prejudice and without further notice or hearing.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: October 16, 2023